**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, QUINN EMANUEL URQUHART & SULLIVAN, LLP, WOLLMUTH MAHER & DEUTSCH LLP, <br><br>                 Plaintiffs, <br><br>    v. <br><br> BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO SECURITIES LLC, <br><br>                 Defendants. | Misc. Action No.: _____ <br><br> Underlying Litigation: <br> 19-CV 1608 (JMF) United States District Court for the Southern District of New York |

**MOTION TO TRANSFER, OR, IN THE ALTERNATIVE, MODIFY
DEFENDANTS' SUBPOENA TO EDELWEISS FUND, LLC**

Plaintiffs The City of Philadelphia and the Mayor and City Council of Baltimore, and non-parties Quinn Emanuel Urquhart & Sullivan, LLP and Wollmuth Maher & Deutsch LLP respectfully move to (1) transfer this proceeding to the Southern District of New York, the issuing court where the underlying action is pending; or, in the alternative, (2) quash the portion of the subpoenas served by the above-captioned Defendants on Edelweiss Fund, LLC that expressly seek privileged communications and protected work product.  This Motion is based on Rules 26 and 45 of the Federal Rules of Civil Procedure, the facts, arguments, and law set forth in the accompanying Memorandum of Law and supporting declarations, and any arguments of counsel.

Dated: February 1, 2022

PRICKETT, JONES & ELLIOTT, P.A.


By:  */s/ J. Clayton Athey*
J. Clayton Athey (#4378)
1310 N. King Street
Wilmington, DE  19801
(302) 888-6500
jcathey@prickett.com

*Attorneys for Movants*